FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-13-00035-CV

### Trial Court No. 2011-115

**Aaron Jordan, Michael Jordan, Heather Jordan, Gilbert Jordan, Phyllis Ann Woods and Donna Joyce Curtis**

**Vs.**

**Cynthia Kay Lyles**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---:|---|
| Motion fee | $15.00 | Hope Sorensen |
| Motion fee | $10.00 | Hope Sorensen |
| Motion fee | $10.00 | Jackie Groves |
| Motion fee | $10.00 | Ramey & Flock |
| Motion fee | $10.00 | Ramey & Flock, P.C. |
| Motion fee | $10.00 | Ramey & Flock PC |
| Motion fee | $10.00 | Ramey & Flock P.C. |
| Motion fee | $10.00 | Chad Baruch |
| Motion fee | $10.00 | Charles Baruch |
| Reporter's record | $3,557.50 | Plantiffs |
| District or County Clerk`s Record | $121.00 | Unknown |
| Filing | $100.00 | Charles Baruch |
| Supreme Court chapter 51 fee | $50.00 | Charles Baruch |
| Indigent | $25.00 | Charles Baruch |
| **TOTAL:** | $3,948.50 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 26th day of May 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk

FILE COPY